UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

UNITED STATES OF AMERICA     §

§

vs.     §     NO:   WA:23-CR-00251(1)-ADA

§

(1) JONATHAN FARRIS SAFFA     §

**ORDER ACCEPTING REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

Before the court is the above styled and numbered cause.  On  February 24, 2026

the United States Probation Office filed a Petition For Warrant or Summons For

Offender Under Supervision for Defendant (1) JONATHAN FARRIS SAFFA, which

alleged that Farris violated a condition of his supervised release and recommended that

Farris 's supervised release be revoked (Clerk's  Document No. 42).  A warrant issued

and Farris was arrested.  On February 27, 2026, Farris appeared before a United States

Magistrate Judge, was ordered detained, and a revocation of supervised release hearing

was set.

Farris appeared before the magistrate judge on April 7, 2026, waived his right to a

preliminary hearing and to be present before the United States District Judge at the time

of modification of sentence, and consented to allocution before the magistrate judge.

Following the hearing, the magistrate judge signed his report and recommendation on

April 7, 2026, which provides that having carefully considered all of the arguments and

evidence presented by the Government and Defendant, based on the original offense and

the intervening conduct of Farris, the magistrate judge recommends that this court revoke Farris supervised release and that Farris be sentenced to imprisonment for EIGHTEEN (18) months for both counts, to run concurrently, including credit for time served since his arrest, and with no term supervised release to follow the term of imprisonment (Clerk's Document No. 51).

A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th Cir. 1996) *(en bane).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On April 7, 2026, following the hearing on the motion to revoke supervised release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To Report and Recommendation OfUnited States Magistrate Judge (Clerk's Document No. 55). The court, having reviewed the entire record and finding no plain error, accepts and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 51 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) JONATHAN FARRIS SAFFA's term of supervised release is hereby REVOKED.

**IT IS FURTHER ORDERED** that Defendant (1) JONATHAN FARRIS SAFFA be imprisoned for EIGHTEEN (18) months for both counts, to run concurrently, including credit for time served since his arrest, with no term of supervised release.

Signed this 8th day of April, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE